UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT MORRIS, JR.

   Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

   Defendant.

Case No. 22-cv-04788-DMR

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

On August 19, 2022, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Jacqueline Scott Corley to determine whether it is related to *Morris v. Kijakazi*, 20-cv-03481-JSC.

**IT IS SO ORDERED.**

Dated: August 24, 2022

_____
Donna M. Ryu
United States Magistrate Judge